DAVID M. McLAUGHLIN (SBN 131973)
SPIROS E FOUSEKIS (SBN 260387)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: david.mclaughlin@rmkb.com
spiros.fousekis@rmkb.com

Attorneys for Defendants
HUDSON SKYPORT PLAZA, LLC, a Delaware
limited liability company, HUDSON SKYPORT
PLAZA LAND, LLC, a Delaware limited liability
company, HUDSON PACIFIC PROPERTIES, INC.,
a Maryland corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation, SPIEKER PROPOERTIES LP, a California limited partnership, EOP OPERATING LIMITED PARTNERSHIP, LP, a Delaware limited partnership, CA – SKYPORT I LIMITED PARTNERSHIP, a Delaware limited partnership, and DOES 1-100, Inclusive,<br><br>    Defendants. | CASE NO. 5:17-cv-03579-SVK<br><br>**DEFENDANTS' HUDSON SKYPORT PLAZA, LLC, HUDSON SKYPORT PLAZA LAND, LLC, AND HUDSON PACIFIC PROPERTIES, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than

the named parties and Defendants' insurer, Defendants are not presently aware of persons, firms,

partnerships, corporations (including parent corporations) or other entities that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: September 6, 2017

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Spiros E. Fousekis*
DAVID M. McLAUGHLIN
SPIROS E FOUSEKIS
Attorneys for Defendants
HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company,
HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company,
HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation

4849-7910-2286.3 - 2 - HUDSON DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES OR PERSONS
5:17-CV-03579-SVK