DAVID M. McLAUGHLIN (SBN 131973)
SPIROS E FOUSEKIS (SBN 260387)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: david.mclaughlin@rmkb.com
spiros.fousekis@rmkb.com

Attorneys for Defendants
HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, PACIFIC GAS & ELECTRIC COMPANY, et al.,<br><br>    Defendants. | Case No. 5:17-cv-03579-SVK<br><br>DEFENDANTS' HUDSON SKYPORT PLAZA, LLC, HUDSON SKYPORT PLAZA LAND, LLC, AND HUDSON PACIFIC PROPERTIES, INC.'S CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

☒ **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

☐ **Decline Magistrate Judge Jurisdiction**

4846-6927-0863.1

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: September 14, 2017

NAME: Spiros E. Fousekis

COUNSEL FOR (OR "PRO SE"): DEFENDANTS HUDSON SKYPORT PLAZA, LLC, HUDSON SKYPORT PLAZA LAND, LLC, AND HUDSON PACIFIC PROPERTIES, INC.

*/s/ Spiros E. Fousekis*

*Signature*

4846-6927-0863.1