UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristina Mendoza , <br><br> Plaintiff(s) <br><br> v. <br><br> City of San Jose et al. , <br><br> Defendant(s) | Case No. C V-03579 <br><br> NOTICE OF NEED FOR MEDIATION <br> (ADA ACCESS CASES) |

Plaintiff reports that the joint site inspection occurred on 11/22/2017 . Although 42 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date: December 29, 2017          Signed: Steven L. Derby
                                         Attorney for Plaintiff

*Important!* E-file this form in ECF using ADR event name: "Notice of Need for Mediation."

*Form ADR-ADA-Access rev. 11-2016*