# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Mendoza, | 17-03579 SVK MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City of San Jose et.al., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>Paul A. Renne
>13 Colonial Circle
>Napa, CA 94558
>415-216-7996
>rennepar85@gmail.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
17-03579 SVK MED                               - 1 -

Counsel are reminded that the written mediation statements required by ADR L.R. 6-7 shall NOT be filed with the court.

Dated: January 26, 2018

SUSAN Y. SOONG
Clerk
by:	Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov