Robert Kopelson, Esq. (SBN 83523)
Law Office of Robert B. Kopelson
75 E. Santa Clara Street, Suite 1180
San Jose, CA  95113
Telephone:  (408) 293-4000
Facsimile:  (408) 293-8369
Email: kopelaw@hotmail.com

Steven L. Derby, Esq. (SBN 148372)
Anthony E. Goldsmith, Esq. (SBN 125621)
Celia McGuinness, Esq. (SBN 159420)
DERBY McGUINNESS & GOLDSMITH LLP
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:  (510) 987-8778
Facsimile:  (510) 359-4419
Email: info@dmglawfirm.com

Attorney for Plaintiff
CRISTINA MENDOZA

*Defendants and their respective counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>            Plaintiff,<br>    v.<br><br>CITY OF SAN JOSE, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation, SPIEKER PROPERTIES LP, a California limited partnership, EOP OPERTAING LIMITED PARTNERSHIP, LP, a Delaware limited partnership CA – SKYPORT I LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1-100, Inclusive,<br><br>            Defendants. | CASE NO.  5:17-cv-03579 SVK<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE GENERAL ORDER 56 DEADLINES AND PERMIT LIMITED DISCOVERY** |

DAVID M. McLAUGHLIN (SBN 131973)
SPIROS E FOUSEKIS (SBN 260387)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500 Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:         david.mclaughlin@rmkb.com
               Spiros.fousekis@rmkb.com
**Attorneys for Defendants**
**HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation**

GOUGH & HANCOCK LLP
GAYLE L. GOUGH (SBN 154398)
*gayle.gough@ghcounsel.com*
SARA N. DUNCAN (SBN 262122)
*sara.duncan@ghcounsel.com*
GREGORY C. READ, ESQ. (SBN 49713)
*gregory.read@ghcounsel.com*
Two Embarcadero Center, Suite 640
San Francisco, CA 94111
Telephone: (415) 848-8900
**Attorneys for Defendant**
**PACIFIC GAS AND ELECTRIC**

## STIPULATION

Plaintiff CRISTINA MENDOZA ("Plaintiff") and Defendants PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation ("Defendants"), having reached an agreement on injunctive relief and having presented that agreement to the court in the form of a Consent Decree for Injunctive Relief (Docket No. 43), hereby jointly stipulate and request through their attorney of record that the court enter an order continuing the deadline to complete mediation under General Order 56 to February 28, 2019 based on the following:

///

///

1. The Court in its initial scheduling order placed this case under the deadlines and requirements of General Order 56 (Dkt 4);
2. After proceeding with service and a joint site inspection, plaintiff filed Notice of Need for Mediation (Dkt 35)
3. The Court assigned the matter to a mediator Paul Renne and set a deadline for mediation of 3/29/2018 (Dkt 35x and 36);
4. Because of the complexity of the issues (number of barriers and serious personal injury to plaintiff) the parties stipulated and the Court agreed to continue the deadline to mediate to May 31, 2018. (Dkt 41);
5. A mediation took place on April 30, 2018 at which substantial progress was made;
6. On June 11, 2018, the Court signed a Consent Decree regarding injunctive relief leaving the issues of damages, attorneys' fees, costs and litigation expenses to be separately negotiated and adjudicated if necessary. (Dkt 44);
7. The parties have been conducting limited discovery pursuant a mutual agreement allowing such. The parties intended to formalize their arrangement with the Court and request additional time to mediate the remaining issues but have encountered delays due to protracted negotiations regarding the dismissal of Defendants CITY OF SAN JOSE, SPIEKER PROPERTIES L.P., EOP OPERATING PARTNERSHIP, L.P. and CA – SKYPORT I LIMITED PARTNERSHIP which have now been filed and ordered by the Court.
8. The parties had planned on a further mediation to negotiate and hopefully resolve the remaining issues on August 28, 2018, however, plaintiff's medical condition and need for further surgery will prevent plaintiff's counsel from properly evaluating her claimed damages and so additional time is needed for the surgery to be performed and for plaintiff to recover sufficiently so her permanent condition can be properly evaluated.
9. Therefore, the parties jointly request that the deadline to complete mediation be extended to February 28, 2019.

In addition, counsel for the parties hereby jointly stipulate and request through their attorneys of record that the court enter an order permitting limited discovery (some of which has already occurred by agreement) in order to facilitate resolution of the matter through the procedures of General Order 56 as follows:

1. Defendants may propound subpoenas to KAISER FOUNDATION HOSPITALS for Plaintiff's medical records from January 1, 2001 through the present, including but not limited to medical and radiology records. Defendants may propound a separate subpoena for billing records limited to the areas of plaintiff's body placed in controversy and limited to the time period from June 16, 2016 to present ;

2. Defendants may then take the deposition of Plaintiff;

3. Defendants may then take the deposition of Sachin Premasuthan, percipient witness; and

4. Plaintiff may propound Request for Documents to each defendant not to exceed five (5) separate requests to which each defendant will be required to respond and provide all responsive documents, subject to the agreement that each defendant preserves and does not waive any objection, privilege or protection that may be raised in response to any particular request for documents;

**IT IS SO STIPULATED.**

Dated: August 10, 2018,                    DERBY, McGUINNESS & GOLDSMITH, LLP


                                           _/s/ Steven L. Derby_
                                           By: STEVEN L. DERBY, ESQ.
                                           Attorneys for Plaintiff
                                           CRISTINA MENDOZA

///

///

///

| | | |
|---|---|---|
| 1 | Dated: August 10, 2018, | ROPERS, MAJESKI, KOHN & BENTLEY |

          */s/ Spiros E. Fousekis*
By: SPIROS E. FOUSEKIS, ESQ.
Attorneys for Defendants
HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation

Dated: August 10, 2018          GOUGH & HANCOCK LLP

          */s/ Gregory C. Read*
By: GREGORY C. READ, ESQ.
Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY

# [PROPOSED] ORDER

For GOOD CAUSE SHOWN and for the reasons set forth above, the General Order 56 deadlines set forth in the April 3, 2018, Scheduling Order shall be amended and the remaining deadlines shall be reset as follow:

Last day for Parties to complete Mediation:  February 28, 2019; and

Last day for Plaintiffs to file a Motion for Administrative Relief:  7 days after the mediator files a Certification of ADR Session.

In addition, for GOOD CAUSE SHOWN, the parties' joint request to permit limited discovery is GRANTED as follows:

1. Defendants may propound subpoenas to KAISER FOUNDATION HOSPITALS for Plaintiff's medical records from January 1, 2001 through the present, including but not limited to medical and radiology records.  Defendants may propound a separate subpoena for billing records limited to the areas of plaintiff's body placed in controversy and limited to the time period from June 16, 2016 to present ;
2. Defendants may then take the deposition of Plaintiff;
3. Defendants may then take the deposition of Sachin Premasuthan, percipient witness; and
4. Plaintiff may propound Request for Documents to each defendant not to exceed five (5) separate requests to which each defendant will be required to respond and provide all responsive documents, subject to the agreement that each defendant preserves and does not waive any objection, privilege or protection that may be raised in response to any particular request for documents;

**IT IS SO ORDERED.**

Dated: __August 14__, 2018           _____
                                      Honorable Susan van Keulen
                                      United States Magistrate Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on August 10, 2018, I, Steven Derby, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrences of All counsel of record to the filing of this document.

*/s/ Steven L. Derby*
Steven L. Derby