UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03579-SVK<br><br>**ORDER REGARDING UPDATED STATUS REPORTS**<br><br>Re: Dkt. Nos. 54, 55 |

The Court has received and reviewed the Parties' status reports. ECF 54; ECF 55. The Court notes that the Parties are in the process of retaining bankruptcy counsel in light of Defendant Pacific Gas & Electric Company's ("PG&E's") bankruptcy filing.

Accordingly, the Court **ORDERS** the Parties to file updated status reports, by **April 22, 2019**, regarding how Defendant PG&E's bankruptcy impacts the non-stayed claims and defenses in this case. Each responding Party may file a separate report.

**SO ORDERED.**

Dated: February 21, 2019

　　　　　　　　　　　　　　　　　　　　　　*Susan van Keulen*
　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge