UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, et al.,<br><br>    Defendants. | Case No.  17-cv-03579-SVK<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND THE DEADLINE TO COMPLETE MEDIATION AS <u>MODIFIED</u> BY THE COURT**<br><br>Re: Dkt. No. 57 |

Having reviewed the Parties' stipulation to extend the deadline to complete mediation, the Court grants the Parties' stipulation in part. The Court finds that good cause exists to extend the deadline to **September 5, 2019**. The Court grants this extension without prejudice to the Parties seeking additional time to complete mediation for good cause by August 6, 2019.

**SO ORDERED.**

Dated: March 5, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge