1  Robert Kopelson, Esq. (SBN 83523)
   Law Office of Robert B. Kopelson
2  75 E. Santa Clara Street, Suite 1180
   San Jose, CA 95113
3  Telephone: (408) 293-4000
   Facsimile: (408) 293-8369
4  Email: kopelaw@hotmail.com

5  Steven L. Derby, Esq. (SBN 148372)
   Anthony E. Goldsmith, Esq. (SBN 125621)
6  Celia McGuinness, Esq. (SBN 159420)
   DERBY McGUINNESS & GOLDSMITH LLP
7  200 Lakeside Drive, Suite A
   Oakland, CA 94612
8  Telephone: (510) 987-8778
   Facsimile: (510) 359-4419
9  Email: info@dmglawfirm.com

10 Attorney for Plaintiff
   CRISTINA MENDOZA

* *Defendants and their respective counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>Plaintiff,<br>v.<br><br>CITY OF SAN JOSE, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation, SPIEKER PROPERTIES LP, a California limited partnership, EOP OPERTAING LIMITED PARTNERSHIP, LP, a Delaware limited partnership CA – SKYPORT I LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1-100, Inclusive, Defendants<br><br>Defendants. | CASE NO. 5:17-cv-03579 SVK<br><u>Civil Rights</u><br><br>**JOINT STIPULATION TO EXTEND DEADLINES REGARDING AMENDED PLEADINGS AND INITIAL MEDATION [AND ~~PROPOSED~~ ORDER]** |

DAVID M. McLAUGHLIN (SBN 131973)
SPIROS E FOUSEKIS (SBN 260387)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500 Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email:       david.mclaughlin@rmkb.com
             Spiros.fousekis@rmkb.com

**Attorneys for Defendants**
HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation

Plaintiff, CRISTINA MENDOZA ("Plaintiff") and Defendants, HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation ("HUDSON Defendants"), hereby jointly stipulate and request through their attorneys of record the following:

WHEREAS, the Court in its initial scheduling order placed this case under the deadlines and requirements of General Order 56 (GO 56) (Dkt. 4);

WHEREAS, the parties entered into a Consent Decree for Injunctive Relief only, which was approved by this Court on June 8, 2018. (Dkts. 43, 44);

WHEREAS, Defendants City of San Jose, Spieker Properties LP, EOP Operating Limited Partnership, and CA-Skyport I Limited Partnership were dismissed from the case. (Dkts. 47, 49);

WHEREAS, a stipulation to continue GO 56 deadlines was granted by this court on August 10, 2018, which extended GO 56 deadlines and allowed the parties to conducted limited discovery. (Dkt. 51);

WHEREAS, on February 1, 2019, PACIFIC GAS & ELECTRIC COMPANY ("PG&E") filed a Notice of Bankruptcy Filing and Imposition of Automatic Stay. (Dkt. 52);

WHEREAS, this Court continued the deadline to complete mediation under GO 56 to September 5, 2019; (Dkt. 58);

WHEREAS, the parties filed status reports with this Court to apprise it of the status of the case and each parties position. (Dkts. 59, 60);

WHEREAS, a case management conference was held on September 17, 2019 and the Court: 1) set January 31, 2020 as the last day to amend pleadings; and 2) set an initial mediation deadline for March 31, 2020. (Dkt. 70);

WHEREAS, Plaintiff has been informed by bankruptcy counsel that she must seek leave of the bankruptcy court in PG&E'S bankruptcy cases in order to file and serve an amended complaint.

WHEREAS, the parties have met and conferred regarding: (1) extending the time for amending pleadings in this matter based on Plaintiff's intent to file a First Amended Complaint (provided, however, that the stipulation does not obligate the HUDSON Defendants to stipulate to the filing of a First Amended Complaint) and (2) extending the initial mediation deadline and have reached the following agreement, the parties hereby STIPULATE as follows.

1. Due to the need of the Plaintiff to obtain leave of the Bankruptcy Court in order to amend her complaint, the parties stipulate and respectfully request that the deadline to move to amend the pleadings be extended from January 31, 2020 to March 2, 2020.
2. As a result of the deadline to amend pleading being continued to March 2, 2020 and the fact that an additional defendant may need to respond to a First Amended Complaint and participate in mediation, the parties stipulate to and hereby respectfully request that the Court extend the initial mediation deadline from March 31, 2020 to June 30 2020.

IT IS SO STIPULATED.

Dated: January 30, 2020        DERBY, McGUINNESS & GOLDSMITH, LLP


   /s/ *Anthony Goldsmith*
By: Anthony Goldsmith, Esq.
Attorneys for Plaintiff
CRISTINA MENDOZA

///

///

| | | |
|---|---|---|
| 1 | Dated: January 30, 2020 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | _/s/ David M. McLaughlin_ |
| | | By: David M. McLaughlin, Esq. |
| 3 | | HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation |

# [~~PROPOSED~~] ORDER

For GOOD CAUSE shown and for the reasons set forth above, the below deadlines are amended as follows:

Last day to Amend Pleadings: March 2, 2020; and

Last day for the Parties to complete Initial Mediation: June 30, 2020;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 31, 2020

*/s/ Susan van Kuelen*

Hon. Susan van Kuelen
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest I, Anthony Goldsmith, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrences of Counsel in the filing of this document.

　　　　*/s/ Anthony Goldsmith*
　　　　Anthony Goldsmith