1 | Robert Kopelson, Esq. (SBN 83523)
Law Office of Robert B. Kopelson
2 | 75 E. Santa Clara Street, Suite 1180
San Jose, CA  95113
3 | Telephone:  (408) 293-4000
Facsimile:  (408) 293-8369
4 | Email: kopelaw@hotmail.com

5 | Steven L. Derby, Esq. (SBN 148372)
Anthony E. Goldsmith, Esq. (SBN 125621)
6 | Celia McGuinness, Esq. (SBN 159420)
DERBY McGUINNESS & GOLDSMITH LLP
7 | 300 Lakeside Drive, Suite 1000
Oakland, CA  94612
8 | Telephone:  (510) 987-8778
Facsimile:  (510) 359-4419
9 | Email: info@dmglawfirm.com

10 | Attorney for Plaintiff
CRISTINA MENDOZA

*Defendants and their respective counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>           Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation, SPIEKER PROPERTIES LP, a California limited partnership, EOP OPERTAING LIMITED PARTNERSHIP, LP, a Delaware limited partnership CA – SKYPORT I LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1-100, Inclusive,<br><br>           Defendants. | CASE NO.  5:17-cv-03579 SVK<br><br>Civil Rights<br><br>**STIPULATION TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** |

1  DAVID M. McLAUGHLIN (SBN 131973)
   SPIROS E FOUSEKIS (SBN 260387)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500 Redwood City, CA 94063-2052
3  Telephone:     (650) 364-8200
4  Facsimile:     (650) 780-1701
   Email:         david.mclaughlin@rmkb.com
5                 Spiros.fousekis@rmkb.com

6  Attorneys for Defendants
7  HUDSON SKYPORT PLAZA, LLC, a Delaware
   limited liability company, HUDSON SKYPORT
8  PLAZA LAND, LLC, a Delaware limited liability
   company, HUDSON PACIFIC PROPERTIES, INC.,
9  a Maryland corporation

## STIPULATION

Plaintiff, CRISTINA MENDOZA (Plaintiff) and Defendants, HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation (HUDSON Defendants), hereby jointly stipulate and request through their attorneys of record the following:

WHEREAS, Plaintiff filed her First Amended Complaint on April 22, 2020 in accordance with this Court's order. Docket Nos. 82, 84;

WHEREAS, the deadline for Hudson Defendants to respond to the First Amended Complaint is May 6, 2020;

WHEREAS, the parties are negotiating in good faith to avoid the filing of a motion by the Hudson Defendants under F.R.C.P. Rule 12(b)(6) or, at the least, minimize the issues that would be brought before the Court under any such Motion;

WHEREAS, counsel for Plaintiff and Hudson Defendants have met and conferred and hereby stipulate to Plaintiff having leave to file a Second Amended Complaint.

NOW THEREFORE, Plaintiff and Hudson Defendants hereby STIPULATE as follows:

1. Plaintiff shall have leave to file her Second Amended Complaint within five (5) days of this Court's Order.

**IT IS SO STIPULATED.**

Dated: May 6, 2020,            DERBY, McGUINNESS & GOLDSMITH, LLP

By: ___/s/ Anthony Goldsmith___
ANTHONY GOLDSMITH, ESQ.
Attorneys for Plaintiff
CRISTINA MENDOZA

Dated: May 6, 2020,            ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ David M. McLaughlin
DAVID M. McLAUGHLIN
SPIROS E FOUSEKIS
DANIEL E. GAITAN
Attorneys for Defendants
HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation

# [~~PROPOSED~~] ORDER

For GOOD CAUSE SHOWN and for the reasons set forth above, Plaintiff shall have leave to file her Second Amended Complaint within five (5) days of this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____May 8_____, 2020         _____
                                      Honorable Susan van Keulen
                                      United States Magistrate Judge