David J. Gibson (SBN 272516)
dgibson@albblaw.com
Danté R. Taylor (SBN 303391)
dtaylor@albblaw.com
ANDREWS LAGASSE BRANCH + BELL LLP
1 Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (628) 222-5870
Facsimile: (628) 222-5872

Attorneys for Defendants
SKYPORT PLAZA OWNERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC. a Maryland corporation HUDSON PACIFIC PROPERTIES, L.P., a Maryland limited partnership, SKYPORT PLAZA OWNERS ASSOCIATION, a California nonprofit mutual benefit association, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation and DOES 1-100<br><br>    Defendants. | CASE NO. 5:17-cv-03579-SVK<br><br>**JOINT STIPULATION EXTENDING TIME FOR SKYPORT PLAZA OWNERS ASSOCIATION TO EXCHANGE RULE 26(a) INITIAL DISCLOSURES**<br><br>[Assigned to U.S. Magistrate Judge Susan van Keulen]<br><br>Trial date:        June 7, 2021 |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6-1(a), the parties, by and through their respective counsel of record, hereby stipulate as follows:

1.    WHEREAS, Plaintiff Cristina Mendoza (Plaintiff) filed the instant action on June 21, 2017.

2.    WHEREAS, Plaintiff filed the operative Second Amended Complaint (SAC) on May 13, 2020.

3. WHEREAS, Plaintiff served the SAC on Defendant Skyport Plaza Owners Association (Association) on May 27, 2020, and Association filed its answer to the SAC on June 17, 2020.

4. WHEREAS, pursuant to Federal Rule of Civil Procedure 26(a), the Association's initial disclosures must be completed by June 26, 2020.

5. WHEREAS, the parties have agreed to extend the deadline for the Association to serve initial disclosures by July 7, 2020.

6. WHEREAS, the parties have agreed the extension to serve initial disclosures by July 7, 2020 is mutual.

7. WHEREAS, extending the time for the parties to exchange initial disclosures will not alter the date of any event or any deadline already set by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the parties shall have up to, and including, July 7, 2020 to serve initial disclosures as required by Federal Rule of Civil Procedure 26(a).

**IT IS SO STIPULATED.**

Dated: June 29, 2020

ANDREWS LAGASSE BRANCH + BELL LLP

By: _____
David J. Gibson
Danté R. Taylor
Attorneys for Defendant
SKYPORT PLAZA OWNERS ASSOCIATION

Dated: June 26, 2020

DERBY, McGUINNESS & GOLDSMITH, LLP

By: _____
Anthony Goldsmith
Attorneys for Plaintiff
CRISTINA MENDOZA

Dated: June 29, 2020

ROPERS MAJESKI PC

By: _____
David M. McLaughlin
Jamie F. Martinez
Attorneys for Defendants
HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation

ANDREWS LAGASSE BRANCH + BELL LLP
1 Sansome Street, 35th Floor
San Francisco, CA 94104

-3-

JOINT STIPULATION REGARDING SKYPORT PLAZA OWNERS ASSOCIATION INITIAL DISCLOSURES

CASE NO. 5:17-cv-03579-SVK

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest I, David J. Gibson, attorney with Andrews Lagasse Branch + Bell LLP, received the concurrences of Counsel in the filing of this document.

By: _____
David J. Gibson

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I electronically filed the foregoing Joint Stipulation Regarding Skyport Plaza Owners Association Initial Disclosures with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 29, 2020.

By: /s/ David J. Gibson
David J. Gibson

ANDREWS LAGASSE BRANCH + BELL LLP
1 Sansome Street, 35th Floor
San Francisco, CA 94104