UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>        Plaintiff,<br><br>      v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, et al.,<br><br>        Defendants. | Case No. 17-cv-03579-SVK<br><br>**ORDER REQUIRING JOINT STATUS REPORT AND SETTING STATUS CONFERENCE**<br><br>Re: Dkt. No. 105 |

As discussed at the August 4, 2020 status conference and in this Court's subsequent order (Dkt. 104), the Court requires a plan for bringing this matter to mediation in a timely fashion. The status report submitted by the Parties (Dkt. 105) is inadequate.

PG&E is to respond to the list of proposed mediators no later than **August 14, 2020.** Additionally, by **August 18, 2020,** the Parties are to file a joint status report containing: (1) a detailed plan for mediation, including a process for selection of a mediator if one is not yet agreed upon and with the Court's assistance if necessary; and (2) a list of discovery, if any, that is to be completed in advance of mediation with a timetable for completion of that discovery.

This matter is set for a further status hearing on **August 25, 2020 at 10:00 a.m.**

**SO ORDERED.**

Dated: August 12, 2020

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge