DAVID M. McLAUGHLIN (SBN 131973)
JAMIE F. MARTINEZ (SBN 303927)
ROPERS MAJESKI PC
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:         david.mclaughlin@ropers.com
               jamie.martinez@ropers.com

Attorneys for Defendants
HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation

*Other counsel are listed after the caption

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRISTINA MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation, SPIEKER PROPERTIES LP, a California limited partnership, EOP OPERATING LIMITED PARTNERSHIP, LP, a Delaware limited partnership, CA – SKYPORT I LIMITED PARTNERSHIP, a Delaware limited partnership, and DOES 1-100, Inclusive,<br><br>Defendant. | CASE NO.  5:17-cv-03579-SVK<br><br>**JOINT STATUS REPORT** |

1 | Robert Kopelson, Esq. (SBN 83523)
Law Office of Robert B. Kopelson
2 | 75 E. Santa Clara Street, Suite 1180
San Jose, CA 95113
3 | Telephone: (408) 293-4000
Facsimile: (408) 293-8369
4 | Email: kopelaw@hotmail.com

5 | Steven L. Derby, Esq. (SBN 148372)
Anthony E. Goldsmith, Esq. (SBN 125621)
6 | Celia McGuinness, Esq. (SBN 159420)
DERBY McGUINNESS & GOLDSMITH LLP
7 | 200 Lakeside Drive, Suite A
Oakland, CA 94612
8 | Telephone: (510) 987-8778
Facsimile: (510) 359-4419
9 | Email: info@dmglawfirm.com

10 | Attorneys for Plaintiff
CRISTINA MENDOZA

DAVID J. GIBSON (SBN 272516)
12 | dgibson@albblaw.com
DANTE R. TAYLOR (SBN 303391)
13 | dtaylor@albblaw.com
ANDREWS LAGASSE BRANCH + BELL LLP
14 | 1 Sansome Street, 35th Floor
San Francisco, CA 94104
15 | Telephone: (628) 222-5870
Facsimile: (628) 222-5872

Attorneys for Defendants
17 | SKYPORT PLAZA OWNERS ASSOCIATION

Pursuant to this Court's Order (Docket No. 106) the parties to the instant action wish to inform the Court of the status of mediation:

## A.  MEDIATOR SELECTION STATUS AND DISCOVERY TO BE COMPLETED IN ADVANCE OF MEDIATION

**Plaintiff's Position on Mediators and Discovery**

Plaintiff, along with other parties, has agreed to mediation before Mr. Michael Ornstil. Plaintiff's counsel has contacted Plaintiff to assure that she is available on the mediators open dates.

Plaintiff anticipates the following discovery prior to mediation:

1. WRITTEN DISCOVERY.

   (a) SKYPORT PLAZA OWNERS ASSOCIATION:  Plaintiff is in discussions with counsel for Skyport Plaza Owners Association ("Association") to determine the scope of written discovery required before mediation. Plaintiff has received documents in Initial Disclosures from the Association. If the Association can attest that these documents represent the entirety of documents in the Association's possession and control regarding issues of liability, and the ownership, operation, control and maintenance of the area where Plaintiff was injured (and other area within the subject property), Plaintiff will only need to propound a limited number RFPDs as well as RFA's and Interrogatories to the Association. Plaintiff intends to serve any written discovery on the Association by September 10, 2020.

   (b) HUDSON DEFENDANTS: Based on the prior discovery responses of the Hudson Defendants, Plaintiff may propound additional interrogatories and RFPDs as well as a set of RFA's on issues of ownership and control of the subject property as well as Defendant's affirmative defenses and the relationship between the Hudson Defendants and the Association. If Plaintiff deems additional written discovery is required with respect to the Hudson Defendants, she shall serve that discovery by September 10, 2020 so as to allow for mediation to proceed per the current earliest dates available for Mr. Onstil.

   (c) THIRD PARTY SUBPOENAS: Based on a review of documents received from the Association and comparison of those documents with responses from the Hudson Defendants, Plaintiff may issue subpoenas on third parties who performed maintenance and repair work at the subject property.

2. DEPOSITIONS.

Plaintiff may schedule depositions of each defendant entity (other than PG&E) under F.R.C.P. Rule 30(b)(6). Plaintiff will notice any 30(b)(6) depositions so that they are concluded by the first week in October (assuming Defendants' cooperation in discovery) so as to be fully prepared for mediation.

**Hudson Defendants Position on Mediators and Discovery**

The Hudson Defendants' counsel proposed Michael Ornstil for mediator. Counsel for PG&E and Association and Plaintiff informed all counsel that Mr. Ornstil is acceptable. On August 18, 2020, Hudson Defendants counsel provided the following available mediation dates for himself and Mr. Ornstil: November 10-13, 17-18, and 30, 2020.

The Hudson Defendants anticipate conducting the following discovery before the mediation: written discovery to the Association, depositions of Plaintiff's treating physicians, and meeting and conferring with Plaintiff's counsel regarding updating the Plaintiff's damages.

**Skyport Plaza Owners Association's Position on Mediation and Discovery**

On August 17, 2020, counsel for the Skyport Owners Association informed all counsel that the Association accepts the Hudson Defendants' proposal of Michael Ornstil as mediator. Counsel for the Association will provide Mr. Ornstil's mediation availability dates to the Association and will meet and confer with all counsel to agree to a mediation date.
On August 18, 2020, Plaintiff provided the Association with the prior discovery between the parties in this matter. Counsel for the Association will review this discovery to determine what additional discovery it needs to conduct. The Association reserves its right to propound discovery on all parties.

1  Dated: August 18, 2020                    ROPERS MAJESKI PC

3                                            By: /s/ David M. McLaughlin
4                                                DAVID M. McLAUGHLIN
                                                 JAMIE MARTINEZ
                                                 Attorneys for Defendants
5                                                HUDSON SKYPORT PLAZA, LLC, a
                                                 Delaware limited liability company,
6                                                HUDSON SKYPORT PLAZA LAND,
                                                 LLC, a Delaware limited liability company,
7                                                HUDSON PACIFIC PROPERTIES, INC.,
                                                 a Maryland corporation

9  Dated: August 18, 2020                    DERBY, McGUINNESS & GOLDSMITH, LLC

11                                           By: /s/ Anthony Goldsmith
                                                 ANTHONY GOLDSMITH, ESQ.
12                                               Attorneys for Plaintiff
                                                 CHRISTINA MENDOZA

13 Dated: August 18, 2020                    ANDREWS LAGASSE BRANCH + BELL LLP

16                                           By: /s/ Danté R. Taylor
                                                 DAVID J. GIBSON
17                                               DANTÉ R. TAYLOR
                                                 Attorneys for Defendant
18                                               SKYPORT PLAZA OWNERS
                                                 ASSOCIATION

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4814-1077-3448.1

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest I, David M. McLaughlin, attorney with Ropers Majeski PC, received the concurrences of Counsel in the filing of this document.

*/s/ David M. McLaughlin*
DAVID M. McLAUGHLIN