| | |
|---|---|
| 1 | David J. Gibson (SBN 272516) |
| 2 | dgibson@lbbklaw.com <br> Danté R. Taylor (SBN: 303391) |
| 3 | dtaylor@lbbklaw.com <br> LAGASSE BRANCH BELL + KINKEAD LLP |
| 4 | 1 Sansome Street, 35th Floor <br> San Francisco, CA 94104 |
| 5 | Telephone: (628) 222-5870 <br> Facsimile: (628) 222-5872 |
| 6 | Attorneys for Defendant |
| 7 | SKYPORT PLAZA OWNERS ASSOCIATION |
|   | *Other parties and their respective counsel listed after the caption |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRISTINA MENDOZA, | CASE NO. 5:17-cv-03579-SVK |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | **[Assigned to Hon. Susan van Keulen]** |
| PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation HUDSON PACIFIC PROPERTIES, L.P., a Maryland limited partnership, SKYPORT PLAZA OWNERS ASSOCIATION, a California nonprofit mutual benefit association, and DOES 1-100 | Complaint filed: June 21, 2017 <br> Trial date: September 20, 2021 |
| Defendants. | |

-2-

Robert Kopelson, Esq. (SBN 83523)
Law Office of Robert B. Kopelson
75 E. Santa Clara Street, Suite 1180
San Jose, CA 95113
Telephone: (408) 293-4000
Facsimile: (408) 293-8369
Email: kopelaw@hotmail.com

Steven L. Derby, Esq. (SBN 148372)
Anthony E. Goldsmith, Esq. (SBN 125621)
Celia McGuinness, Esq. (SBN 159420)
DERBY McGUINNESS & GOLDSMITH LLP
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
Email: info@dmglawfirm.com

Attorneys for Plaintiff
CRISTINA MENDOZA

David M. McLaughlin (SBN 131973)
Jamie Martinez (SBN 303927)
ROPERS MAJESKI PC
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: david.mclaughlin@ropers.com
         jamie.martinez@ropers.com

Attorneys for Defendants
HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation

Pursuant to this Court's Order (Docket No. 112) the parties to the instant action wish to inform the Court of the status of mediation.

**A. MEDIATION**

All parties participated in a full-day, Zoom mediation before JAMS mediator Mr. Michael Ornstil on November 10, 2020. The case did not resolve at mediation, but the parties are

continuing settlement discussions with the assistance of Mr. Ornstil.

Dated: December 1, 2020         LAGASSE BRANCH BELL + KINKEAD LLP

                                By: _____
                                   David J. Gibson
                                   Danté R. Taylor
                                   Attorneys for Defendant
                                   SKYPORT PLAZA OWNERS ASSOCIATION

Dated: December 1, 2020         ROPERS MAJESKI PC

                                By:  /s/ David M. McLaughlin, Esq.
                                   DAVID M. McLAUGHLIN
                                   JAMIE MARTINEZ
                                   Attorneys for Defendants
                                   HUDSON SKYPORT PLAZA, LLC, a
                                   Delaware limited liability company,
                                   HUDSON SKYPORT PLAZA LAND,
                                   LLC, a Delaware limited liability company,
                                   HUDSON PACIFIC PROPERTIES, INC.,
                                   a Maryland corporation

Dated: December 1, 2020         DERBY, McGUINNESS & GOLDSMITH LLC

                                By:  /s/ Anthony Goldsmith, Esq.
                                   ANTHONY GOLDSMITH, ESQ.
                                   Attorneys for Plaintiff
                                   CHRISTINA MENDOZA

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest I, David Gibson, attorney with Lagasse Branch Bell + Kinkead LLP, received the concurrences of Counsel in the filing of this document.

By: */s/ David J. Gibson*
 David J. Gibson

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 1, 2020.

By:    */s/ David J. Gibson*
         David J. Gibson