1  Robert Kopelson, Esq. (SBN 83523)
   Law Office of Robert B. Kopelson
2  75 E. Santa Clara Street, Suite 1180
   San Jose, CA  95113
3  Telephone: (408) 293-4000
   Facsimile: (408) 293-8369
4  Email: kopelaw@hotmail.com

5  Steven L. Derby, Esq. (SBN 148372)
   Anthony E. Goldsmith, Esq. (SBN 125621)
6  Celia McGuinness, Esq. (SBN 159420)
   DERBY McGUINNESS & GOLDSMITH LLP
7  1999 Harrison Street, Suite 1800
   Oakland, CA  94612
8  Telephone: (510) 987-8778
   Facsimile: (510) 359-4419
9  Email: info@dmglawfirm.com

10 Attorney for Plaintiff
   CRISTINA MENDOZA

11
   *Defendants and their respective counsel listed after the caption
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 CRISTINA MENDOZA,                      CASE NO.  5:17-cv-03579 SVK
                                          Civil Rights
17                   Plaintiff,
        v.
18                                        **JOINT STATEMENT RE STATUS OF
   HUDSON SKYPORT PLAZA, LLC, a           SETTLEMENT**
19 Delaware limited liability company,
   HUDSON SKYPORT PLAZA LAND,
20 LLC, a Delaware limited liability company,
   HUDSON PACIFIC PROPERTIES, INC.,
21 a Maryland corporation HUDSON
   PACIFIC PROPERTIES, L.P., a Maryland
22 limited partnership, SKYPORT PLAZA
   OWNERS ASSOCIATION, a California
23 nonprofit mutual benefit association,
   PACIFIC GAS & ELECTRIC
24 COMPANY, a California registered
   domestic stock corporation and DOES 1-
25 100

26                   Defendants.

27

28

1  DAVID M. McLAUGHLIN (SBN 131973)
   JAMIE F. MARTINEZ (SBN 303927)
2  ROPERS MAJESKIPC
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:     (650) 780-1701
   Email:     david.mclaughlin@ropers.com
5             jamie.martinez@ropers.com

6  **Attorneys for Defendants**
   HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company, HUDSON
7  SKYPORT PLAZA LAND, LLC, a Delaware limited liability company, HUDSON PACIFIC
   PROPERTIES, INC., a Maryland corporation and HUDSON PACIFIC PROPERTIES L.P., a
8  Maryland limited partnership

9
   DAVID J. GIBSON (SBN 272516)
10 dgibson@albblaw.com
   DANTE R. TAYLOR (SBN 303391)
11 dtaylor@albblaw.com
   LAGASSE BRANCH BELL + KINKEAD LLP
12 1 Sansome Street, 35th Floor
   San Francisco, CA 94104
13 Telephone: (628) 222-5870
   Facsimile: (628) 222-5872
14
   **Attorneys for Defendant**
15 SKYPORT PLAZA OWNERS ASSOCIATION

16         On February 10, 2021, the parties reported that this matter was settled through mediation.

17 The settlement included resolution of Plaintiff's, SKYPORT PLAZA OWNERS ASSOCIATION

18 and HUDSON SKYPORT PLAZA, LLC's claims against Defendant PACIFIC GAS &

19 ELECTRIC (PG & E) in bankruptcy. At this time, final settlement documents have been executed

20 by all parties and all settlement monies have been paid with the exception of PG & E's payment

21 to Plaintiff. That payment is expected in the next 60-90 days.

22         Therefore, the Parties jointly request that the court continue this order to show cause

23 without dismissing the action for at least 90 days with the firm expectation that the matter can be

24 dismissed before then.

25 Dated: April 21, 2021                    DERBY, McGUINNESS & GOLDSMITH, LLC

26

27                                          ___/s/ Steven L. Derby_____
                                            By:  Steven L. Derby, Esq.
28                                          Attorneys for Plaintiff

1                       CHRISTINA MENDOZA

2

3    Dated:  April 21, 2021          ROPERS MAJESKI PC

4

5                         */s/ David M. McLaughlin*

6                         By: David M. McLaughlin, Esq.
HUDSON SKYPORT PLAZA, LLC, a Delaware
7                         limited liability company, HUDSON SKYPORT
PLAZA LAND, LLC, a Delaware limited liability
8                         company, HUDSON PACIFIC PROPERTIES, INC.,
a Maryland corporation and HUDSON PACIFIC
9                         PROPERTIES, L.P. a Maryland limited partnership

10

11   Dated: April 21, 2021

12                         LAGASSE BRANCH BELL + KINKEAD LLP

13                         */s/ David J. Gibson*

14                         By: David J. Gibson, Esq.
Attorneys for Defendant
15                         SKYPORT PLAZA OWNERS ASSOCIATION

16

17

18

19

20

21

22

23

24

25

26

27

28